## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21839-CV-KING

VICTOR ARIZA,

    Plaintiff,

v.

OSME US, INC.,
*A Florida for Profit Corporation,*

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the court upon the Notice of Voluntary Dismissal With Prejudice (D.E. #7), filed July 25, 2022. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED** WITH PREJUDICE. The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of July, 2022.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**Roderick Victor Hannah**

Roderick V. Hannah, Esq., P.A.

4800 North Hiatus Road

Sunrise, FL 33351-7919

954-362-3800

Fax: 954-362-3779

Email: rhannah@rhannahlaw.com

**Pelayo M. Duran**

Law Office of Pelayo Duran, PA

4640 NW 7th Street

Miami, FL 33126

305-266-9780

Fax: 269-8311

Email: pleadings@pelayoduran.com

*Counsel for Defendant:*

OSME US, INC., a Florida for-profit corporation,

c/o Registered agent:Bhavika Mistry

50 NW 24th Street, Suite 111

Miami, FL 33127